1  ERIC GRANT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

**FILED**

Sep 22, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED IN BANK OF AMERICA ACCOUNT NUMBER 898144223269, UP TO AND INCLUDING THE SUM OF $347,375.00,<br><br>Defendant. | CASE NUMBER: 2:23-SW-1007 CKD<br><br>ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
|---|---|

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above captioned proceeding be and are hereby unsealed.

Date:  September 22, 2025

_____
Hon. CHI SOO KIM
United States Magistrate Judge